UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| BRYAN DAVID MCIVER | ) | CASE NO. 22-10098-reg |
| AMANDA ILEAN MCIVER | ) | CHAPTER 13 |
| | ) | |
| Debtors | ) | |

### NOTICE TO NICHOLAS FINANCIAL, INC. REGARDING UNCLAIMED FUNDS

AND NOW COMES the Chapter 13 Trustee ("Trustee"), Tracy L. Updike, and gives notice to Nicolas Financial, Inc. ("Creditors"), and deposits $5,642.29 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK pursuant to 11 U.S.C. §347(a), and in support thereof states as follows:

1. That the last known address for Nicholas Financial, Inc. is:

    2454 McMullen-Booth Road
    Building C
    Clearwater, FL 33759

2. That several disbursement checks issued by the Trustee have not been cashed by the Debtors.

3. That, pursuant to 11 U.S.C. §347(a), Trustee is required to stop payment on any check that is outstanding and remaining unpaid 90 days after the final disbursement and pay those funds to Court.

4. That this case is pending closed.

5. That any objections to said deposit should be made in writing with the Bankruptcy Clerk in accordance with the procedures of N.D. Ind. Local Bankruptcy Rule B-3011-1.

Dated: September 26, 2024      /s/ Tracy L. Updike, Trustee
                                Tracy L. Updike, Trustee
                                PO Box 11550
                                South Bend, IN 46634
                                (574)-254-1313

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows:

By U.S. Mail postage prepaid:
Creditor: Nicholas Financial, Inc., 2454 McCullen-Booth Road, Building C, Clearwater, FL 33759
Debtors: Bryan & Amanda Mciver, 169 West Golf Brook Drive, Portland, IN 47371


By electronic mail via CM/ECF: Geraci Law
U.S. Trustee:  ustregion10.so.efc@usdoj.gov

        /s/ Tammy DeCloedt,
        Personnel Manager
        Office of the Chapter 13 Trustee,
        Tracy L. Updike